UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DIMERCURIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EQUILON ENTERPRISES LLC,<br><br>　　　　Defendant. | Case No.  19-cv-04029-JSC<br><br>**ORDER RE: CLASS NOTICE**<br><br>Re: Dkt. Nos. 147, 148, 153 |

　　　　Before the Court are the parties' proposed class notices.  (Dkt. Nos. 147, 148, 153.)  Defendant's proposed notice makes revisions to Plaintiffs' proposed notice.  Both "clearly and concisely state in plain, easily understood language" the information required by Federal Rule of Civil Procedure 23(c)(2)(B)(i)-(vii).

　　　　Accordingly, the Court APPROVES Defendant's proposed notice, (Dkt. No. 148 at 6–14; Dkt. No. 153 at 5–13), except that the following shall be removed:

- Page 5 of Dkt. No. 148 and page 4 of Dkt. No. 153;
- "The implementation of standby has protected refinery workers from the risk of potentially devastating fatigue-related accidents and allowed for more days off. Shell could *only* use the standby arrangement to fill isolated, unexpected absences, and *only* if it first exhausted all other coverage alternatives.  Shell did not require refinery workers to call in to work or immediately pick up the phone when called," on page 10 of Dkt. No. 148 and page 9 of Dkt. No. 153;
- The numbers (1), (3), and (4) preceding the claims in the answer to question 10 on page 11 of Dkt. No. 148 and page 10 of Dkt. No. 153; and
- The reference to Courtroom E on the 15th Floor in the answer to question 18 on

page 13 of Dkt. No. 148 and page 12 of Dkt. No. 153—no particular courtroom should be identified.

The following shall be added:

- "The trial date may change and the courtroom will be determined closer to trial," at the end of the answer to question 18 on page 13 of Dkt. No. 148 and page 12 of Dkt. No. 153.

For the exclusion request deadline, the parties shall insert the date certain 60 days after the planned mailing date of the class notice.

**IT IS SO ORDERED.**

Dated: February 23, 2022

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge