KRISTINA L. HILLMAN, Bar No. 208599
JANNAH V. MANANSALA, Bar No. 249376
ROBERTA D. PERKINS, Bar No. 153074
CAITLIN GRAY, Bar No. 305118
ALEXANDER S. NAZAROV, Bar No. 304922
MAXIMILLIAN D. CASILLAS, Bar No. 311669
KARA L. GORDON, Bar No. 333379
WEINBERG, ROGER & ROSENFELD
1375 55th Street
Emeryville, CA  94608
Telephone:  (510) 337-1001
Facsimile:   (510) 337-1023
courtnotices@unioncounsel.net
khillman@unioncounsel.net
jmanansala@unioncounsel.net
rperkins@unioncounsel.net
cgray@unioncounsel.net
anazarov@unioncounsel.net
kgordon@unioncounsel.net
mcasillas@unioncounsel.net

AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
AMANDA EATON,
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
akaufmann@leonardcarder.com
dpogrel@leonardcarder.com

Attorneys for the Class and Plaintiffs/Class Representatives

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DIMERCURIO, CHARLES GAETH, JOHN LANGLITZ, and MALCOLM SYNIGAL on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US, and DOES 1 through and including 25,<br><br>Defendants. | Case No.  3:19-cv-04029-JSC<br><br>*[Assigned for all purposes to the Honorable Jacqueline Scott Corley]*<br><br>**DECLARATION OF JANNAH V. MANANSALA IN SUPPORT OF PLAINTIFFS/CLASS REPRESENTATIVES' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Date:         October 6, 2022<br>Time:        9:00 a.m.<br>Before:      Hon. Jacqueline S. Corley<br>Courtroom:  8 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECL. OF JANNAH V. MANANSALA ISO PLS'/CLASS REPS' MOT FOR PRELIMINARY APPROVAL
Case No. 3:19-cv-04029-JSC

I, Jannah V. Manansala, declare as follows:

1. I am an attorney at law, admitted to practice before this Court, and am a shareholder with the law firm of Weinberg, Roger & Rosenfeld, attorneys for Plaintiffs Marco Dimercurio, Charles Gaeth, John Langlitz and Malcolm Synigal in the above-referenced matter. I make this declaration based upon my personal knowledge and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. As the Court has already appointed me and my firm as Class Counsel in this Action, I will not reiterate my qualifications and experience nor that of my firm.

3. It is my professional opinion, based on my experience as an employment and wage and hour class action litigator, and based on my own independent investigation and evaluation and consultation with Plaintiffs/Class Representatives, law partners and co-counsel, that the proposed settlement addresses all of the potential claims arising from Defendant's standby policies and practices. I have assessed the risks and inherent delays if we were to continue with the litigation and believe that the Settlement is fair, reasonable, and adequate in light of all known facts and circumstances, including the risk of significant delay, defenses asserted by Defendant, and uncertainties regarding liability, and the amount of damages, including penalties that are subject to the Court's discretion, that might be recovered.

4. I have reviewed Weinberg, Roger & Rosenfeld's billing records in this case, and as of August 22, 2022, our lodestar amount is approximately $1,221,535 and our costs are $ 33,736.71.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct. Executed on this 30th.day of August 2022, in Emeryville, California.

                                                         */s/ Jannah V. Manansala*
                                                         JANNAH V. MANANSALA

148094\1290810

1

DECL. OF JANNAH V. MANANSALA ISO PLS'/CLASS REPS' MOT FOR PRELIMINARY APPROVAL
Case No. 3:19-cv-04029-JSC

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001