KRISTINA L. HILLMAN, Bar No. 208599
JANNAH V. MANANSALA, Bar No. 249376
ROBERTA D. PERKINS, Bar No. 153074
CAITLIN GRAY, Bar No. 305118
ALEXANDER S. NAZAROV, Bar No. 304922
MAXIMILLIAN D. CASILLAS, Bar No. 311669
KARA L. GORDON, BAR NO. 333379
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         khillman@unioncounsel.net
         jmanansala@unioncounsel.net
         rperkins@unioncounsel.net
         cgray@unioncounsel.net
         anazarov@unioncounsel.net
         mcasillas@unioncounsel.net
         kgordon@unioncounsel.net

Attorneys for Plaintiffs MARCO DIMERCURIO
CHARLES GAETH, JOHN LANGLITZ and
MALCOLM SYNIGAL

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCO DIMERCURIO, CHARLES GAETH, JOHN LANGLITZ, and MALCOLM SYNIGAL on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US, and DOES 1 THROUGH AND INCLUDING 25,<br><br>Defendants. | No. 3:19-cv-04029-JSC<br><br>[ASSIGNED FOR ALL PURPOSES TO DISTRICT JUDGE JACQUELINE SCOTT CORLEY]<br><br>**DECLARATION OF AARON KAUFMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Date:   March 30, 2023<br>Time:  9:00 a.m.<br>Crtrm: 8 – 19th Floor<br>DJudge: Honorable Jacqueline Scott Corley<br><br>Complaint Filed:  June 4, 2019<br>1st Amend. Complt Filed: October 25, 2019<br>2nd Amend. Complt. Filed: Sept. 13, 2021 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

1 | Trial Date: June 12, 2023

2 *Additional Counsel:*

AARON KAUFMANN, Bar No. 148580
DAVID POGREL, Bar No. 203787
AMANDA EATON, Bar No. 341987
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Telephone (510) 272-0169
Fax (510) 272-0174
Email: akaufmann@leonardcarder.com
   dpogrel@leonardcarder.com
   aeaton@leonardcarder.com

Co-Counsel for Plaintiffs MARCO DIMERCURIO, CHARLES GAETH, JOHN LANGLITZ, and MALCOLM SYNIGAL

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

I, Aaron D. Kaufmann, hereby declare as follows:

1. I am an attorney at law, admitted to practice in this court, licensed to practice law in California, and am a partner at Leonard Carder, LLP ("Leonard Carder"), one of the firms representing Plaintiffs and the Class herein.

2. I make this declaration of personal knowledge, and if I am called as a witness I could and would testify competently to the facts stated herein.

3. Along with my co-counsel at the Weinberg, Roger & Rosenfeld firm, my law partner David Pogrel and associate Amanda Eaton, I have personally participated in all aspects of this litigation, including, but not limited to, written and oral discovery, the on-going investigation of this case, preparation of amended complaints, motion for class certification, mediation and related drafting of settlement documents, and motion for preliminary approval of the settlement and the subject motion.

4. Leonard Carder was founded approximately 80 years ago and specializes in labor and employment law. The firm—which now includes 20 attorneys—represents clients throughout California and nationally, including labor unions, associated trust funds, and employees in employment law class actions and other representative cases as well as single and multi-plaintiff cases. As class counsel and counsel for Fair Labor Standards Act ("FLSA") collective actions, Leonard Carder has actively commenced, prosecuted and concluded numerous state and federal class and representative actions, almost all of which are on behalf of employees asserting employment rights.

5. I received a J.D. with honors from the University of California College of the Law, San Francisco (formerly, "Hastings College of the Law") in 1990. I received a B.A. in Rhetoric from University of California at Berkeley in 1986.

6. I clerked for the Honorable Edward Dean Price, United States District Judge, Eastern District of California throughout 1991.

7. Prior to joining Leonard Carder in March 2012, I was a shareholder at Hinton, Alfert, Sumner & Kaufmann ("HASK"), where I represented employees in class, collective, and

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

individual actions involving employment law. My practice has focused primarily on employment litigation throughout my career.

8. I have served as Co-Editor-in-Chief for the Third and Fourth Editions of the American Bar Association's ("ABA") Fair Labor Standards Act Treatise and its annual supplements since 2014. I have served on that publication's Board of Editors since approximately 2009.

9. I served as the Co-Chair of the ABA, Labor and Employment Section's Federal Labor Standards Legislation Committee from 2013 to 2016 and was Co-Chair of that committee's Fair Labor Standards Act Sub-Committee from 2010 to 2013.

10. I have served as a Co-Chair for the California Employment Lawyers Association's Amicus Committee for the past several years and previously served as Co-Chair of CELA's Wage & Hour Committee.

11. I have served on the Standing Committee for Professional Conduct for the United States District Court, Northern District of California since January 2020.

12. I am a board member for Legal Aid at Work (formerly, "Legal Aid Society-Employment Law Center") and served on that organization's executive committee for several years.

13. I served on the Bar Association of San Francisco's Minority Law Student Scholarship Committee since approximately 2014.

14. I have published numerous articles on employment law, including: California Labor & Employment Law Review, "*Ayala v. Antelope Valley Press*: Plaintiffs' Perspective," (October 2014); California Labor & Employment Law Review, "Experience Pays, but Interns May Have to Be Paid for Their Experience: When Interns Are Covered by Wage and Hour Laws" (November 2013); Forum (Consumer Attorneys of California Magazine), "The Changing Landscape of Wage & Hour Litigation" (July/August 2004); The Verdict (Alameda-Contra Costa Trial Lawyers' Assoc. Magazine), "Private Enforcement of California's Wage & Hour Laws" (Winter 2003-2004); Employment Discrimination Law, ABA, Chapter Editor (2005 Edition, 2002 Supplement); California Labor & Employment Law Quarterly, "Overtime Pay -- Who's Eligible,

2

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

Who's Not" (Winter 2000) and "Public Sector Employer's Obligations to Prevent Hostile Work Environments without Violating Free Speech Rights" (Summer 1997); California Employment Law Reporter, "Sizing the Prize: Calculating Overtime Back Pay for Salaried Employees" (March 1999).

15. I have been a frequent guest lecturer on wage-and-hour law and employment class action litigation at the University of California Berkeley School of Law, Hastings College of the Law, and the University of Santa Clara Law School. I have also been a speaker at numerous conferences and meetings addressing employment and wage and hour litigation, including programs put on by the Labor and Employment Sections of the ABA, California State Bar, San Francisco and Marin County Bar Associations; CELA; California Applicant Attorneys Association; American Conference Institute; Bridgeport Continuing Legal Education; Lorman Group; and the National Employment Lawyers Association ("NELA"). I also served as the chair/organizer of CELA's Advanced Wage and Hour Seminar for 2005-2008 and 2013-2018.

16. I have been a fellow in the College of Labor and Employment Lawyers since 2011. I have also been named a Northern California "Super Lawyer" in the area of Plaintiffs' side Employment Litigation every year since 2007 and have received an "AV" rating from Martindale-Hubbell.

17. David Pogrel has been a partner with Leonard Carder since March 2012. Prior to that he was a partner at HASK, where he had from February 2005 until February 29, 2012. His practice at both Leonard Carder and HASK has at all times emphasized employment litigation with particular focus on wage and hour class actions. Prior to joining HASK, Mr. Pogrel was a Staff Attorney with the Legal Aid Society-Employment Law Center in San Francisco, California, a nationally recognized worker-advocacy organization practicing in many areas of employment law on behalf of low-income and disenfranchised workers. His practice at Legal Aid focused primarily on representing individual employees in wage and hour cases. He was the supervisor for the Legal Aid's legal services project that secured over $1.2 million dollars in judgments and settlements for wages on behalf of low-income workers during this tenure of more than five years. Mr. Pogrel has been a contributor and Chapter Editor for the ABA FLSA Treatise updates since

3

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

2009. He has been selected as a Northern California "Super Lawyer" and "Rising Star" for the years 2009 through 2020 by the Northern California Super Lawyers Magazine.

18. Amanda Eaton is a 2021 graduate of University of California, Davis Law School. She joined Leonard Carder as an associate in November 2021 and was a law clerk with the firm before that.

19. Mr. Pogrel and I have served as plaintiffs' and class counsel in scores of wage and hour class, collective, and representative actions over the past several years. The following is a small representative sample of those cases: *Wood v. Marathon Refining Logistics Services, LLC,* N.D. Cal., Case No. 4:19-cv-04287-YGR (class counsel on reporting time pay case for oil refinery operators); *Robinson v. Dreamcloud Brand LLC*, N.D. Cal., Case No. 3:20-cv-0140-JCS (nationwide FLSA collective action for overtime pay for customer service representatives); *Lockwood v. Wells Fargo*, N.D. Cal., Case No. 3:15-cv-5239-JCS (class counsel, along with Wynne Law firm, in loan officer expense reimbursement and late payment case, including PAGA penalties); *McLeod v. Bank of America*, N.D. Cal. Case No. 16-cv-03294-EMC (prosecuted home mortgage officers' expense reimbursement claims, including PAGA claims); *Miguel Valadez, et al. v. CSX Intermodal Terminals, et al.*, N.D. Cal. Case No. 3:15-cv-05433-EDL and *Anil Goyal, et al. v. CSX Intermodal Terminals, et al.* (U.S. N.D. Cal. Case No. 3:17-cv-06081-EMC (wage and hour claims and PAGA penalties claims for 68 individual plaintiff drayage drivers alleging independent contractor misclassification and other unnamed drivers); *Bartoni v. AMR West*, Alameda County Superior Court, Case No. RG08382130 (class counsel for EMTs, paramedics, and dispatchers' rest period claims, including PAGA penalties); *Lopez v. P.W. Stephens Environmental, Inc.*, N.D. Cal., Case No. 3:15-cv-03579-JD (settlement class counsel for asbestos abatement workers asserting break and minimum wage violations, including PAGA penalties); *Granados v. Alameda County Industries*, N.D. Cal., Case No. 3:14-cv-03011-JD (settlement class counsel for recycling workers' local living wage claims); *Alexander v. FedEx Ground Packages Systems, Inc.*, N.D. Cal., Case No: 3:05-cv-38 EMC (independent contractor misclassification case for FedEx pick-up and delivery drivers); *Barber et al. v. US Bank, N.A.*, (Contra Costa County Super. Ct. Case No. MSC11-02173) (settlement class counsel for loan officers asserting expense

reimbursement and related claims); *Batta v. PNC Bank N.A. et al.*, (Contra Costa Super. Ct., Case No. MSC15-00728) (settlement class counsel for loan officers asserting expense reimbursement and related claims); *Kairy v. SuperShuttle*, N.D. Cal., Case No. 08-CV-02993-JSW (settlement class counsel for shuttle drivers' claims arising from alleged independent contractor misclassification, including FLSA claims); *Hoenemier v. Sun Microsystems, Inc.*, Santa Clara County Superior Court, Case No. 106CV-071531(certified class of 150 technical writers, resolving overtime and meal period compensation claims); *Watts v. Sysco Corp.*, Alameda County Superior Court, Case No. RG09464228 (Alameda County) (settlement class counsel in action to reimburse outside salespersons for mileage, cell phone, and home office expenses); *Burdick v. U.S. Foodservice, Inc.*, Alameda County Superior Court, Case No. RG09434440 (settlement class counsel to reimburse outside salespersons for their out-of-pocket job-related expenditures); and *Gundersen v. Lennar Homes*, N.D. Cal., Case No. CV-09-2270 CRB (collective action/settlement class counsel asserting exemption misclassification case under California law and the FLSA on behalf of assistant construction managers).

20. I have been involved in every aspect of preparing and litigating this matter since Leonard Carder joined Weinberg, Roger & Rosenfeld as co-counsel for the class in March 2021.

21. In *Carter v. XPO Last Mile*, N.D. Cal. Case No. 3:16-cv-01231-WHO, Dkt. 196, Judge Orrick, in October 2019, awarded fees based in part on my hourly rate of $870 an hour, which was supported with an expert declaration.

22. In *McLeod v. Bank of America*, N.D. Cal. Case No. 16-cv-03294-EMC, Dkt. 79, on March 19, 2019, Judge Chen approved a fee award based in part on my hourly rate of $860, which was supported with an expert declaration. In 2016, Judge Chen in *Alexander* approved fees based in part on hourly rates ranging from $375 for less-experienced associates to $850 for senior partners (including myself) at Leonard Carder and senior paralegal rates ranging from $275 to $295.

23. I frequently co-counsel wage and hour class actions with other San Francisco Bay Area law firms that specialize in class and collective actions and in prosecuting wage and hour claims for workers. I consult with them regularly as to the market rates they assert in fee petitions

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

and what awards they receive from courts. I believe the rates sought here for the attorneys and legal assistants/paralegals who worked on this matter are comparable to my colleagues' rates for similarly experienced talent.

24. The following is the summary lodestar report for the attorneys (with year of law school graduation) and legal assistants at Leonard Carder that worked on this matter:

| LEONARD CARDER, LLP<br>LODESTAR SUMMARY | | | |
|---|---|---|---|
| | **Hourly Rate** | **Total Hours** | **Total** |
| Aaron D. Kaufmann (1990) | $895 | 149.5 | $133,802.50 |
| David Pogrel (1999) | $770 | 124.4 | $95,788.00 |
| Amanda Eaton (2021) | $320 | 65.5 | $20,960 |
| **Total:** | | | **$250,550.50** |

Note that the hours reflected here capture time entries through December 20, 2023; class counsel will continue to work on this matter through final approval and administration of the settlement. In the exercise of billing judgment, I have also *not* included attorneys and paralegals who documented less than 10 hours devoted to this matter. There are also countless brief telephone calls with co-counsel, short e-mails, and brief inner-office meetings regarding this case that do not get recorded in the billable hours for this matter. I anticipate spending several hours on the subject motion and on the amended motion for final approval, along with many hours addressing class member questions and concerns and disputes as to their settlement shares and other settlement administration matters. Thus, the hours stated above do not reflect all time spent on this case.

25. I can provide the detail time records for the Court's *in camera* review upon request. To provide further detail on how my firm's hours were spent on this matter, I worked with co-counsel Kara Gordon to categorize the time entries according to the following project-based tranches:

| | **Category of Work** | **Time Spent by LC** |
|---|---|---|
| 1. | Conducting case investigation, both factual and legal; | 2.5 |
| 2. | Conducting discovery, including propounding written discovery, reviewing voluminous documents produced in discovery, engaging | 4.6 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC

| | Category of Work | Time Spent by LC |
|---|---|---|
| | in discovery meet and confer efforts, and preparing a motion for sanctions related to discovery disputes; | |
| 3. | Preparing and taking/defending the deposition of Shell's supervisors, Shell's 30(b)(6) witness, and the named plaintiffs, Marco DiMercurio, John Langlitz, Malcolm Synigal, and Charles Gaeth; | 0.7 |
| 4. | Preparing and arguing the motion for class certification and supplemental briefing, including interviewing class members and preparing class member declarations, preparing related administrative motions, preparing an opposition to Shell's 23(f) petition to appeal the granting of class certification, and coordinating the mailing of class notice; | 92.1 |
| 5. | Preparing the Second Amended Complaint; | 1 |
| 6. | Preparing the Third Amended Complaint and amended PAGA notice; | .8 |
| 7. | Preparing for three settlement conferences, including creating a damages model using documents produced in discovery, attending mediation, and engaging in post-mediation negotiations; | 64.5 |
| 8. | Drafting and negotiating the settlement agreement; | 44.3 |
| 9. | Drafting the motion for preliminary approval and arguing the motion for preliminary approval; | 85.6 |
| 10. | Drafting the motion for attorneys' fees; and | 21 |
| 11. | Case management and administrative tasks. | 22.3 |
| | **Total:** | **339.4** |

26. A summary of the out-of-pocket expenses incurred by Leonard Carder is as follows:

| **Expense Type** | **Amount** |
|---|---|
| PACER | $3.40 |
| Westlaw | $625.63 |
| Photocopy/Printing | $194.50 |
| Mediation Related Costs | $22.00 |
| **Total:** | **$845.53** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct of my own personal knowledge, and that this Declaration was executed on January 12, 2023, at Oakland, California.

148094\1331953

/s/ Aaron Kaufmann
Aaron Kaufmann

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

7

DECL. OF AARON KAUFMANN ISO PLS' MOT FOR AWARD OF ATTYS' FEES
Case No. 3:19-cv-04029-JSC