KRISTINA L. HILLMAN, SBN 208599
JANNAH V. MANANSALA, SBN 249376
ROBERTA D. PERKINS, Bar No. 153074
ALEXANDER S. NAZAROV, SBN 304922
KARA L. GORDON, Bar No. 333379
MAXIMILLIAN D. CASILLAS, Bar No. 311669
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, CA  94608
Telephone:  (510) 337-1001
Facsimile:   (510) 337-1023
courtnotices@unioncounsel.net
khillman@unioncounsel.net
jmanansala@unioncounsel.net
rperkins@unioncounsel.net
anazarov@unioncounsel.net
kgordon@unioncounsel.net
mcasillas@unioncounsel.net

AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
dpogrel@leonardcarder.com

Attorneys for Plaintiffs MARCO DIMERCURIO,
CHARLES GAETH, JOHN LANGLITZ, and
MALCOLM SYNIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DIMERCURIO, CHARLES GAETH, JOHN LANGLITZ, and MALCOLM SYNIGAL on behalf of themselves and others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US, and DOES 1 through and including 25,<br><br>         Defendants. | Case No.  3:19-cv-04029-JSC<br><br>**DECLARATION OF PETER RUKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:   March 30, 2023<br>Time:  9:00 a.m.<br>Crtrm: 8 – 19th Floor<br>DJudge: Honorable Jacqueline Scott Corley<br><br>Complaint Filed:  June 4, 2019<br>1st Amend. Complt Filed: October 25, 2019<br>2nd Amend. Complt. Filed: Sept. 13, 2021<br>Trial Date:  June 12, 2023 |

I, Peter Rukin, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California. I am a partner in the firm of Rukin Hyland & Riggin LLP. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently as to them. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees.

2. The following is a brief description of my professional background. I am a 1991 graduate of New York University School of Law. Following graduation from law school, I served as a law clerk to U.S. District Court Judge Harry D. Leinenweber in Chicago. Thereafter, I practiced law at employment law firms in Chicago (Fox & Grove and Stowell & Friedman) and New York (Vladeck Waldman Elias & Engelhard), representing clients in individual and class action employment cases, and served as an Assistant Corporation Counsel for the City of Chicago Law Department. I also served as Of Counsel in the Employment Law Department at Paul, Hastings, Janofsky & Walker in San Francisco, where from January 2000 until March 2003 I represented employers in a wide array of complex employment matters. Between 2003 and 2022, I represented clients in individual, class action and collective action lawsuits at Rukin Hyland & Riggin LLP.

3. Since 2000, I have litigated dozens of individual and class action wage and hour cases in court and arbitration.

4. I have written and spoken on wage and hour law and litigation and have closely followed legal developments in the area. I am co-author of two chapters in the CEB practice manual California Wage and Hour Law and Litigation and have served as Revisions Editor for the wage and hour chapters of the Matthew Bender treatise California Employment Law. I am a past member of the State Bar of California Labor and Employment Section Executive Committee (2008-2011), immediate past Chair (and current executive committee member) of the Bar Association of San Francisco Labor and Employment Section, and a Fellow in the College of Labor and Employment Lawyers.

5. Since 2003, I have served as a volunteer mediator with the U.S. District Court/ Northern District of California ADR program, during which period I have mediated dozens of

cases for the Court.

6. I have been asked to express my opinion as to the hourly rates being charged by Plaintiffs' Counsel in this case. I am familiar with the work of the attorneys at Leonard Carder LLP, having co-counseled several wage and hour cases with the firm in the past. I have reviewed the backgrounds and hourly rates claimed by the attorneys in this matter, as well as the motions for class certification and preliminary approval filed by Plaintiffs' Counsel. In my opinion, the hourly rates being claimed are well within the range of market rates charged by Bay Area attorneys for equivalent experience, skill, and expertise for comparable litigation and are otherwise reasonable rates for the high level of work done by Leonard Carder and Weinberg, Roger & Rosenfeld.

7. The hourly rates charged by Leonard Carder and Weinberg, Roger & Rosenfeld are comparable to my rates and those of attorneys at my firm. My 2022 billing rate of $900 per hour was approved by the United States District Court for the Northern District of California (Orrick, J.) in the spring of 2022. Billing rates for my partners (Valerie Brender, a 2012 graduate and Jessica Riggin, a 2011 graduate) were similarly approved by Judge Orrick in that case, at the rates of $550 and $595, respectively. My firm's paralegals bill at the rate of $250 per hour.

8. In 2018, I surveyed the rates of Bay Area employment attorneys in connection with a motion for attorneys' fees my firm filed. The information gathered in this survey confirmed that the rates charged by the Leonard Carder and Weinberg, Roger & Rosenfeld attorneys are well within the range of rates charged by comparable attorneys in the Bay Area market.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 1st day of November, 2022 at Oakland, California.

*[signature]*

Peter Rukin
Rukin Hyland & Riggin LLP

DECLARATION OF PETER RUKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES