KRISTINA L. HILLMAN, Bar No. 208599
JANNAH V. MANANSALA, Bar No. 249376
ROBERTA D. PERKINS, Bar No. 153074
CAITLIN GRAY, Bar No. 305118
ALEXANDER S. NAZAROV, Bar No. 304922
MAXIMILLIAN D. CASILLAS, Bar No. 311669
KARA L. GORDON, BAR NO. 333379
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
         khillman@unioncounsel.net
         jmanansala@unioncounsel.net
         rperkins@unioncounsel.net
         cgray@unioncounsel.net
         anazarov@unioncounsel.net
         mcasillas@unioncounsel.net
         kgordon@unioncounsel.net

Attorneys for Plaintiffs MARCO DIMERCURIO
CHARLES GAETH, JOHN LANGLITZ and
MALCOLM SYNIGAL

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCO DIMERCURIO, CHARLES GAETH, JOHN LANGLITZ, and MALCOLM SYNIGAL on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US, and DOES 1 THROUGH AND INCLUDING 25,<br><br>Defendants. | No. 3:19-cv-04029-JSC<br><br>**DECLARATION OF JOHN LANGLITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Date: March 30, 2023<br>Time: 9:00 a.m.<br>Crtrm: 8 – 19th Floor<br>DJudge: Honorable Jacqueline Scott Corley<br><br>Complaint Filed: June 4, 2019<br>1st Amend. Complt Filed: October 25, 2019<br>2nd Amend. Complt. Filed: Sept. 13, 2021<br>Trial Date:   June 12, 2023 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECL. OF JOHN LANGLITZ ISO PLS' MOT. FOR AWARD OF ATTY.S' FEES & EXPENSES
Case No. 3:19-cv-04029-JSC

*Additional Counsel:*

AARON KAUFMANN, Bar No. 148580
DAVID POGREL, Bar No. 203787
AMANDA EATON, Bar No. 341987
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone (510) 272-0169
Fax (510) 272-0174
Email: akaufmann@leonardcarder.com
         dpogrel@leonardcarder.com
         aeaton@leonardcarder.com

Co-Counsel for Plaintiffs MARCO DIMERCURIO,
CHARLES GAETH, JOHN LANGLITZ, and
MALCOLM SYNIGAL

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECL. OF JOHN LANGLITZ ISO PLS' MOT. FOR AWARD OF ATTY.S' FEES & EXPENSES
Case No. 3:19-cv-04029-JSC

I, John Langlitz, declare as follows:

1. I make this declaration based upon my personal knowledge, and, if called as a witness, I would competently testify to the facts hereinafter stated.

2. I am over the age of 18. I understand that I am submitting this Declaration in support of the request that the Court award me a Class Representative Service Payment of $7,500.

3. I am a resident of Vacaville, California.

4. I am a named plaintiff and a class representative in this lawsuit. I understand my role as a named plaintiff means I act as a representative in making claims on behalf of other employees who are similarly situated to me. I have given my best efforts to do so.

5. I worked at the Martinez, California refinery, located at 3485 Pacheco Blvd, Martinez, CA 94553, as an operator from 1990 to May 2021. During the class period in this matter, the refinery was owned and operated by Defendant Equilon Enterprises, LLC dba Shell Oil Products US ("Shell").

6. In all, I estimate that I have spent fifty-eight hours working on this case.

7. Throughout this litigation, I have had regular telephone conversations with my attorneys regarding the case. Many of these conversations lasted between 30 minutes and an hour.

8. In 2019, before this case was filed, I spoke with my attorneys frequently about my work at Shell, and I helped gather information about my hours and standby shifts. I spoke to my attorneys about the case on at least ten separate occasions by phone during this period. I also spoke with my attorneys via text message about the facts of the case, gathered documents to provide to them by email, and connected my attorneys to other workers who had worked at the refinery. I also carefully reviewed the initial complaint filed in the lawsuit to make sure that all the facts were correct. Collectively, I spent at least seven hours before the lawsuit was filed helping prepare the case.

9. On March 19, 2021, I sat for my deposition in the case. Before the deposition, I met with my attorneys to prepare. I estimate that I spent at least twelve hours preparing for and sitting for my deposition.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1
DECL. OF JOHN LANGLITZ ISO PLS' MOT. FOR AWARD OF ATTY.S' FEES & EXPENSES
Case No. 3:19-cv-04029-JSC

10. I also worked with counsel extensively in March and April 2020 to prepare for the Motion for Class Certification. I spoke on the phone at length with my attorneys at least five times during this time period. I also answered a number of questions by text message and email. Counsel and I worked together on preparing a declaration in support of the Motion for Class Certification. For this declaration, I spoke extensively with counsel. After the draft declaration was prepared, I reviewed it carefully with counsel over the phone, and provided any needed corrections. The declaration was then sent to me to sign. I reviewed the declaration again before signing it. I estimate that I spent roughly eight hours during this process.

11. I continued to stay in touch with counsel as the case progressed. I frequently spoke to my attorneys about the case and asked for updates about the status of the case. When counsel had factual questions, I would answer those questions by phone, text message, or email. I also was updated by counsel about the progress on the motions being filed. I estimate that I spent roughly five hours keeping myself updated about the case during this process.

12. I attended all three settlement conferences held with Chief Magistrate Judge Joseph Spero on May 26, 2021, November 20, 2021, and June 14, 2022. To prepare for these settlement conferences, I spoke with counsel and rearranged my personal schedule so I could attend. I attended the entirety of all three conferences. After the third conference, I discussed Judge Spero's proposal with counsel before we agreed to accept the proposal. I estimate that in total I spent twenty-five hours preparing for the three conferences, attending the conferences, and discussing Judge Spero's proposal after each conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

DECL. OF JOHN LANGLITZ ISO PLS' MOT. FOR AWARD OF ATTY.'S FEES & EXPENSES
Case No. 3:19-cv-04029-JSC

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

13. Since the case tentatively settled in June 2022, I have continued to speak with my attorneys to keep updated on developments with the case. In August 2022, I reviewed and signed the final settlement agreement in the case. I estimate I spent roughly one hour during this process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this <u>9th</u> day of <u>January</u> 2023, in <u>Vacaville</u>, California.

_____
JOHN LANGLITZ

148094\1316454

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
DECL. OF JOHN LANGLITZ ISO PLS' MOT. FOR AWARD OF ATTY.'S FEES & EXPENSES
Case No. 3:19-cv-04029-JSC