KRISTINA L. HILLMAN, Bar No. 208599
JANNAH V. MANANSALA, Bar No. 249376
ROBERTA D. PERKINS, Bar No. 153074
CAITLIN GRAY, Bar No. 305118
ALEXANDER S. NAZAROV, Bar No. 304922
WINNIE VIEN, Bar No. 347796
WEINBERG, ROGER & ROSENFELD
1375 55th Street
Emeryville, CA  94608
Telephone: (510) 337-1001
courtnotices@unioncounsel.net
khillman@unioncounsel.net
jmanansala@unioncounsel.net
rperkins@unioncounsel.net
cgray@unioncounsel.net
anazarov@unioncounsel.net
wvien@unioncounsel.net

DAVID POGREL, Bar No. 203787
AMANDA EATON, Bar No. 341987
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
dpogrel@leonardcarder.com
aeaton@leonardcarder.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DIMERCURIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC,<br><br>Defendant. | Case No. 19-cv-04029-JSC<br><br>**SUPPLEMENTAL DECLARATION OF EMILIO COFINCO REGARDING CLASS NOTIFICATION AND SETTLEMENT ADMINISTRATION**<br><br>Date:        May 9, 2024<br>Time:       9:00 a.m.<br>Before:    Hon. Jacqueline S. Corley<br>Courtroom:  8 |

## DECLARATION OF EMILIO COFINCO

I, Emilio Cofinco, hereby declare:

1. I am employed as a case manager by CPT Group, Inc. ("CPT"), the Court-approved class action settlement administrator, for the *DiMercurio, et al., v. Equilon Enterprises LLC* settlement. As the case manager for this settlement, I have personal knowledge of the information provided herein, and if called as a witness, I could and would accurately testify thereto. I make this declaration to update my previous declaration signed on March 27, 2024 and filed with the Court on March 27, 2024, now that the response deadline has a passed.

2. On February 12, 2024, CPT mailed the Revised Notice via U.S. first class mail to 341 Settlement Class Members. The deadline for Settlement Class Members to submit a dispute, request for exclusion, or objection to the settlement was a postmark date of March 28, 2024.

3. As of the date of this declaration, CPT has received one (1) returned Revised Notices due to a bad address. Subsequently, CPT ran a skip-trace and remailed the returned to the address found by skip-trace.

4. As of the date of this declaration, CPT has not received any objections to the settlement.

5. As of the date of this declaration, CPT has not received any requests for exclusion from the settlement.

6. As of the date of this declaration, CPT has received six (6) disputes, in regard to the number of standby shifts provided on the Revised Notice. All six (6) disputes were denied.

7. Therefore, CPT will report a total of 341 participating Settlement Class Members will be sent an individual settlement payment, which represents 100% participation rate. The average individual settlement payment is approximately $6,661.86, with a range from $129.46 to $19,288.95. Seventy-five (75) Class Members will receive a settlement payment in excess of $10,000.00.

8. The total number of standby days that will be compensated for the 341 participating Settlement Class Members is 17,548 with each standby day equal to approximately $129.46, assuming maximum awards pursuant to the settlement.

9. CPT's charge for services rendered to perform its duties and responsibilities pursuant to

the terms of the settlement is $11,500.00. This includes all costs incurred to date, as well as estimated costs for completing the administration and disbursement of the settlement.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 23, 2024 at Irvine, California.

_____
Emilio Cofinco

SUPPLEMENTAL DECLARATION OF EMILIO COFINCO