United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO DIMERCURIO, et al.,

Plaintiffs,

v.

EQUILON ENTERPRISES LLC,

Defendant.

Case No.  3:19-cv-04029-JSC

**ORDER RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Re: Dkt. Nos. 251, 253

On May 9, 2024, the Court issued its order granting final approval of the parties' class action settlement.  (Dkt. No. 251.)  The Court held its order in abeyance for 90 days to allow any state or federal agencies to object to the settlement under CAFA.   The time has run and the parties have filed a notice indicating no objections have been received. (Dkt. No. 253.) Accordingly, the Court's order is now final.  Judgment will be entered separately.

**IT IS SO ORDERED.**

Dated: August 12, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge